

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Eduardo MUNOZ-Gonzalez,<br><br>    Defendant. | Magistrate Case No. '21 MJ2727<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about July 3, 2021, within the Southern District of California, Defendant Eduardo MUNOZ-Gonzalez, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Patricio ORTIZ-Ortega and Maribel VARGAS-Gutierrez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th of July 2021.

HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Victoria Guzman, declare under penalty of perjury the following to be true and correct:

The complainant states that Patricio ORTIZ-Ortega and Maribel VARGAS-Gutierrez, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On July 3, 2021, at approximately 11:59 A.M., Eduardo MUNOZ-Gonzalez (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 1970 Chevrolet Impala. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his United States Passport and said he was going to San Ysidro, California with nothing to declare from Mexico. The CBP Officer conducted a cursory inspection of the vehicle and discovered people concealed in the trunk.

In secondary, responding CBP Officers assisted two concealed people out from the trunk of the Chevrolet Impala. These individuals were later identified as Patricio ORTIZ-Ortega and Maribel VARGAS-Gutierrez, determined to be citizens of Mexico without lawful documents to enter the United States, and are now being held as a Material Witnesses.

On July 3, 2021, at approximately 1:05 P.M., Defendant was advised of his Miranda rights and elected to make a statement. Defendant stated he was hired to transport money from the United States to Mexico for $1,200 USD. Defendant denied knowing there was two people concealed in his vehicle.

Probable Cause Statement continued on page 2…

Continuation of Probable Cause Statement
RE: U.S. v. Eduardo MUNOZ-Gonzalez

A video-recorded interview was conducted with the Material Witness (MW1) who stated he is a citizen of Mexico without lawful documents to enter or reside in the United States. Material Witness stated he agreed to pay a smuggling fee when he was taken to New York where he intended to reside and seek employment. This Material Witness stated to have been concealed in the trunk of a vehicle for about one hour until he was discovered by CBP Officers.

A video-recorded interview was conducted with the Material Witness (MW2) who stated she is a citizen of Mexico without lawful documents to enter or reside in the United States. Material Witness stated her family agreed to pay a smuggling fee of $20,000 USD once she arrived to Los Angeles, California. This Material Witness stated she was concealed for about thirty minutes until she was discovered by CBP Officers.

Executed on this 4th day of July, 2021 at 8:00 A.M.

_____
Victoria Guzman / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named herein committed the offense on July 3, 2021, in violation of Title 8, United States Code, Section 1324.

_____          **8:40 AM, Jul 4, 2021**
HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE          DATE / TIME